

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00769-CV

Henry **RIDGEWAY** and Hugo Xavier de los Santos,
Appellants

v.

**MEDFINMANAGER, LLC** and Ernest P. Barrett,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23662
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the portion of the trial court's judgment that holds Hugo Xavier de los Santos liable to MedFinManager, LLC is REVERSED, and it is RENDERED that MedFinManager, LLC take nothing against Hugo Xavier de los Santos. Further, in order to account for the $85,000.00 already received by MedFinManager, LLC from the court's registry, the portion of the judgment requiring Henry Ridgeway to pay MedFinManager, LLC damages is MODIFIED to award MedFinManager, LLC the sum of $130,104.39, along with prejudgment interest on such sum, running from the date of filing of the suit through the date the final judgment was signed, and post-judgment interest on such sum. That portion of the judgment is AFFIRMED AS MODIFIED. It is ORDERED that one-half of costs of appeal are taxed against Appellant Henry Ridgeway and one-half of costs of appeal are taxed against Appellee MedFinManager, LLC.

SIGNED February 19, 2025.

_____
Adrian A. Spears II, Justice